☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **In re:**   **James R. Hester** | **Case No.** |
| **Brenda A. Hester** | |
| **Debtors:** | **Chapter 13** |

## CHAPTER 13 PLAN

**ADDRESS:**   **(1)**   **2856 Cavern Drive**          **(2)**   **2856 Cavern Drive**
                    **Memphis, TN 38128**                      **Memphis, TN 38128**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $   **200.00**                    ( ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
       ☐ **PAYROLL DEDUCTION** From:   Greyhound Lines, Inc.          **OR ( ) DIRECT PAY**
                                         350 N. Paul
                                         Dallas, TX 75201

**Debtor(2)** shall pay $ _____          ( ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
       ☐ **PAYROLL DEDUCTION**                    **OR ( ☐ ) DIRECT PAY**
       From: _____

**1. THIS PLAN [Rule 3015.1 Notice]:**

    (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**   ☐ **YES**   ☑ **NO**
    (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**   ☑ **YES**   ☐ **NO**
        **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
    (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**   ☐ **YES**   ☑ **NO**

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                            Monthly Plan Payment:

                    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**            ongoing payment begins _____          $ _____
                    Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-** _____          Amount _____          $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None** _____          ongoing payment begins _____          $ _____
                    Approximate arrearage: _____   Interest _____   $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER**
   **SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **AmeriCredit** | **3,500.00** | **5.00** | $**200.00** |
| **Secured Trust FCU** | **1,000.00** | **0.00** | $**25.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**       Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None** ☐ Not provided for **OR** ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $28,973.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**None** ☐ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Ben G. Sissman      **Date** 01/22/2019 .
**Ben G. Sissman 007689**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy